

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| TOMMIE ANDERSON | DOCKET NO. 1:05 CV 0255 |
| | SECTION P |
| VS. | JUDGE DRELL |
| BUREAU OF PRISONS | MAGISTRATE JUDGE KIRK |

### JUDGMENT OF DISMISSAL

After an independent review of the record, including the objections filed by the Plaintiff, and in concurring with the reasoning of the Magistrate Judge in the Report and Recommendation filed previously herein,

**IT IS ORDERED** that this civil rights action is **DENIED AND DISMISSED WITH PREJUDICE as frivolous.**

**THUS DONE AND SIGNED**, in chambers, at Alexandria, Louisiana on this 21st day of September, 2005.

DEE D. DRELL
**UNITED STATES DISTRICT JUDGE**