**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**ALEXANDRIA DIVISION**
_____

| | |
|---|---|
| **TOMMIE ANDERSON** | **CIVIL ACTION NO. 05-0255-A** |
| **-vs-** | **JUDGE DRELL** |
| **BUREAU OF PRISONS, et al.** | **MAGISTRATE JUDGE KIRK** |

**O R D E R**

Considering the return of this case from the United States Court of Appeals for the Fifth Circuit, this matter is referred to Magistrate Judge James D. Kirk for the purposes of having this case served and conducting all proceedings necessary, except for decisions on dispositive motions.  The Magistrate Judge may prepare such additional report and recommendations as are necessary on dispositive motions.  The Magistrate Judge is authorized to hold evidentiary hearings if necessary.

SIGNED on this 25th day of April, 2008, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge