UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

TOMMIE ANDERSON,                    CIVIL ACTION
        Plaintiff                   SECTION "P"
                                    NO. 05-cv-0255
VERSUS

BUREAU OF PRISONS, et al.,          JUDGE DEE D. DRELL
        Defendants                  MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that defendants' motion to dismiss (Doc. 39) is GRANTED and Anderson's action against the U.S. Department of Justice, the Bureau of Prisons, and the defendants in their official capacities is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that defendants' motion to dismiss (Doc. 39) is GRANTED and Anderson's complaint against Tapia and Lappin is DISMISSED WITHOUT PREJUDICE for failure to effect service.

IT IS FURTHER ORDERED that Anderson's motion for entry of default is DENIED, AS IS HIS MOST UNTIMELY MOTION TO AMEND.

THUS ORDERED AND SIGNED in Chambers at ALEXANDRIA, Louisiana, on this 30th day of November, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE